UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNEESSE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

APR 20 2022

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:22-00159 |
| v. ) | |
| ) | 18 U.S.C. § 1030 |
| CHRISTOPHER K. LYDICK ) | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about May 23, 2017, within the Middle District of Tennessee and elsewhere, **CHRISTOPHER K. LYDICK** knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage, without authorization, to a protected computer, and the offense caused loss during a 1-year period aggregating at least $5,000 in value.

In violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B)(i).

MARK H. WILDASIN
UNITED STATES ATTORNEY

S. CARRAN DAUGHTREY
ASSISTANT UNITED STATES ATTORNEY