CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
__NASHVILLE__ DIVISION

Indictment ( )
Complaint ( )
Information (x)
Misdemeanor ( )
Felony (x)
Juvenile ( )

County of Offense: Davidson
AUSA's NAME: S. Carran Daughtrey

Reviewed by AUSA: SCD
(Initials)

Christopher LYDICK
Defendant's Full Name

2335 Tortuga Ct., Murfreesboro, TN
Defendant's Address

Interpreter Needed? ___ Yes  _x_ No

If Yes, what language? _____

Larry Arnkoff
Defendant's Attorney

| COUNTS | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimums) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC § 1030(a)(5)(A) | Intentionally Causing Damage Without Authorization to a Protected Computer | 10 years | $250,000 |

Is the defendant currently in custody?  ( ) Yes  (x) No
If Yes, State or Federal? _____
Writ requested ( )

Has a complaint been filed?  ( ) Yes  (x) No
  If Yes: Name of Magistrate Judge _____
  Was the defendant arrested on the complaint?  ( ) Yes  ( ) No
Case No.: _____

Has a search warrant been issued?  ( ) Yes  (x) No
  If Yes: Name of Magistrate Judge _____
Case No.: _____

Was bond set by Magistrate/District Judge:  ( ) Yes  ( ) No  (x) Not Applicable
Amount of bond: _____

Is this a Rule 20? ( ) Yes  (x) No    To/from what district? _____
Is this a Rule 40? ( ) Yes  (x) No    To/from what district? _____

Is this case related to a pending or previously filed case?  ( ) Yes  (x) No
  What is the related case number? _____
  Who is the Magistrate Judge? _____

Estimated trial time: __2-3 days__

The Clerk will issue a __Summons__  (Note: if information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( ) No (x)  Recommended conditions of release: